IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| CHRISTINE WILEY STREETER, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. 9:23-CV-00081-MJT-ZJH |
| § | |
| v. § | JUDGE MICHAEL TRUNCALE |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE – CORRECTIONAL § | |
| INSTITUTIONS DIVISION, § | |
| § | |
| *Defendant*. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 1, 2023, Plaintiff Christine Wiley Streeter ("Streeter") filed her Complaint. [Dkt. 1]. On the same day, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge. Pending before the Court are *Two Motions to Dismiss for Insufficient Service of Process* filed by Defendant Texas Department of Criminal Justice ("TDCJ"). [Dkt. 8, 14]. On January 18, 2024, Judge Hawthorn issued his Report and Recommendation, which recommends denying both motions as moot because Streeter served TDCJ by the extended deadlines for proper service. [Dkt. 22 at 1].

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

It is, therefore, ORDERED that Judge Hawthorn's Report and Recommendation denying Defendant's Motions to Dismiss for Insufficient Service of Process [Dkt. 8, 14] is ADOPTED. Accordingly, Defendant TDCJ's Motions to Dismiss for Insufficient Service of Process [Dkt. 8, 14] are DENIED.

**SIGNED this 9th day of February, 2024.**

Michael J. Truncale
United States District Judge