IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CHRISTINE WILEY STREETER, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | NO. 9:23-CV-00081-MJT-ZJH |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE-CORRECTIONAL INSTITUTIONS DIVISION, | § § § § § | JUDGE MICHAEL TRUNCALE |
| *Defendant*. | § § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Pending before the court is Plaintiff Christine Wiley Streeter's *Notice of Nonsuit Without Prejudice*. [Dkt. 64]. The Court construes Streeter's *Notice of Nonsuit* as a *Motion for Voluntary Dismissal* pursuant to Fed. R. Civ. P. 41(a)(2).

It is therefore ORDERED that Streeter's *Notice of Nonsuit Without Prejudice* [Dkt. 64] is ACCEPTED. Accordingly, the above case is DISMISSED WITHOUT PREJUDICE with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

**SIGNED this 26th day of September, 2025.**

Michael J. Truncale
United States District Judge